# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>**Michael Donald Burke aka Michael D. Burke**<br>&<br>**Laura Leigh Burke aka Laura L. Burke**<br><br>Debtors | **BK NO. 15-03945 JJT**<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC, and index same on the master mailing list.

Respectfully submitted,

**/s/James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734
Attorney for Movant/Applicant