WWR# 21119579

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO. 15-03945 |
|---|---|
| Michael Donald Burke | Chapter 13 |
| Laura Leigh Burke | Judge: JOHN J THOMAS |
| Debtors | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given that, while the law firm of Weltman, Weinberg, & Reis Co., L.P.A. ("Weltman") continues to represent PENNSYLVANIA STATE EMPLOYEES CREDIT UNION, Keri Ebeck hereby withdraws as counsel for PENNSYLVANIA STATE EMPLOYEES CREDIT UNION. James P. Valecko of the Weltman law firm is hereby substituted for Keri Ebeck as counsel for PENNSYLVANIA STATE EMPLOYEES CREDIT UNION. Accordingly, in the future, please direct all service and notices of pleadings to New Attorney.

Respectfully submitted,

WELTMAN, WEINBERG & REIS CO., L.P.A.

/S/ James P. Valecko
James P. Valecko, 79596
Weltman, Weinberg & Reis Co.,LPA
436 7th Avenue, Ste 2500
Pittsburgh, PA 15219-1842
Telephone: 412-434-7955
jimvalecko@weltman.com

/S/ Keri P. Ebeck
Keri P. Ebeck , 91298
Weltman, Weinberg & Reis Co.,LPA
436 7th Avenue, Ste 2500
Pittsburgh, PA 15219-1842
Telephone: 412-434-7955
kebeck@weltman.com

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 15-03945 |
| Michael Donald Burke | Chapter 13 |
| Laura Leigh Burke | Judge: JOHN J THOMAS |
| Debtors | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Substitution of Counsel was filed and served electronically by the Court's ECF System on 14th day of February, 2018 on all parties having entered an appearance herein

JOHN FISHER
126 S Main St
Pittston, PA 18640-1739
Debtor(s) Attorney

CHARLES J. DEHART, III
8125 Adams Dr Ste A
Hummelstown, PA 17036-8625
Trustee

U.S. Trustee

And by ordinary mail to the following:

Michael Donald Burke
115 Petrilak Rd
Greenfield Township, PA 18407-4006

Laura Leigh Burke
115 Petrilak Rd
Greenfield Township, PA 18407-4006

/S/ James P. Valecko
James P. Valecko, 79596
Weltman, Weinberg & Reis Co.,LPA
436 7th Avenue, Ste 2500
Pittsburgh, PA 15219-1842
Telephone: 412-434-7955
jimvalecko@weltman.com