```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 15-03945-JJT
Michael Donald Burke                                            Chapter 13
Laura Leigh Burke
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: TWilson             Page 1 of 1        Date Rcvd: May 14, 2018
                              Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
4854351        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC,    PO BOX 619096,   Dallas TX 75261,
                  Nationstar Mortgage, LLC,   PO BOX 619096,   Dallas TX 75261)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              David M. Gregory   on behalf of Creditor    The Dime Bank dmglaw@ptd.net, nicklaw@ptd.net
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              James Peter Valecko    on behalf of Creditor   PSECU jvalecko@weltman.com, PitEcf@weltman.com
              John Fisher    on behalf of Debtor 2 Laura Leigh Burke johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              John Fisher    on behalf of Debtor 1 Michael Donald Burke johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              Thomas Song    on behalf of Creditor   WELLS FARGO BANK, N.A. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller   on behalf of Creditor   Seneca Mortgage Servicing LLC
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              William Edward Miller   on behalf of Creditor   NATIONSTAR MORTGAGE LLC
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 10
```

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:15-bk-03945-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael Donald Burke
115 Petrilak Road
Greenfield Township PA 18407

Laura Leigh Burke
115 Petrilak Road
Greenfield Township PA 18407

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/11/2018.

Name and Address of Alleged Transferor(s):

Claim No. 4: Nationstar Mortgage, LLC, PO BOX 619096, Dallas TX 75261, Nationstar Mortgage, LLC, PO BOX 619096, Dallas TX 75261

Name and Address of Transferee:

WELLS FARGO BANK, N.A.
DEFAULT DOCUMENT PROCESSING
N9286-01Y
1000 BLUE GENTIAN ROAD
EAGAN, MN 55121-7700
WELLS FARGO BANK, N.A.

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/16/18

Terrence S. Miller
**CLERK OF THE COURT**