In re:                                                          Case No. 15-03945-RNO
Michael Donald Burke                                           Chapter 13
Laura Leigh Burke
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: TWilson          Page 1 of 1          Date Rcvd: Apr 15, 2019
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4724942          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 15 2019 19:50:59
                 WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2019 at the address(es) listed below:
          Brian Thomas Langford    on behalf of Creditor    PSECU PitEcf@weltman.com,  PitEcf@weltman.com
          Charles J DeHart, III (Trustee)  TWecf@pamd13trustee.com
          David M. Gregory    on behalf of Creditor    The Dime Bank dmglaw@ptd.net,  nicklaw@ptd.net
          James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          James Peter Valecko    on behalf of Creditor    PSECU jvalecko@weltman.com,  PitEcf@weltman.com
          John  Fisher    on behalf of Debtor 2 Laura Leigh Burke johnvfisher@yahoo.com,
           fisherlawoffice@yahoo.com
          John  Fisher    on behalf of Debtor 1 Michael Donald Burke johnvfisher@yahoo.com,
           fisherlawoffice@yahoo.com
          Thomas  Song    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William Edward Miller    on behalf of Creditor    Seneca Mortgage Servicing LLC
           wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
          William Edward Miller    on behalf of Creditor    NATIONSTAR MORTGAGE LLC
           wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                          TOTAL: 11

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:15-bk-03945-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael Donald Burke
115 Petrilak Road
Greenfield Township PA 18407

Laura Leigh Burke
115 Petrilak Road
Greenfield Township PA 18407

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/12/2019.

Name and Address of Alleged Transferor(s):

Claim No. 7: WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609

Name and Address of Transferee:

Capital One Bank (USA) N.A Cabelas Club Visa
By American Infosource as agent
4515 N Santa Fe Ave.
Oklahoma City, OK 73118
Capital One Bank (USA) N.A Cabelas Club
By American Infosource as agent

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/17/19

Terrence S. Miller
**CLERK OF THE COURT**