Certificate Number: 17082-PAM-DE-035383562

Bankruptcy Case Number: 15-03945


17082-PAM-DE-035383562

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 19, 2021, at 3:19 o'clock PM MST, MICHAEL D BURKE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 19, 2021

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director