Certificate Number: 17082-PAM-DE-035383561

Bankruptcy Case Number: 15-03945



17082-PAM-DE-035383561

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on February 19, 2021, at 3:19 o'clock PM MST, LAURA L BURKE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   February 19, 2021        By:     /s/Orsolya K Lazar

                                 Name:   Orsolya K Lazar

                                 Title:  Executive Director