United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Michael Donald Burke  
Laura Leigh Burke  
    Debtors

Case No. 15-03945-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 5  
Date Rcvd: Feb 22, 2021      Form ID: 3180W      Total Noticed: 71

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Donald Burke, 115 Petrilak Road, Greenfield Township, PA 18407-4006 |
| jdb | #+ | Laura Leigh Burke, 115 Petrilak Road, Greenfield Township, PA 18407-4006 |
| cr | + | NATIONSTAR MORTGAGE LLC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Seneca Mortgage Servicing LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, Pa 18976-3403 |
| cr | + | The Dime Bank, 820 Church Street, Honesdale, PA 18431-1851 |
| 4695810 | + | AES, PO Box 61047, Harrisburg PA 17106-1047 |
| 4695567 | | American Airlines/Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 4695569 | + | American Education Services, PO Box 2461, Harrisburg PA 17105-2461 |
| 4695576 | | Chase Student Loans, PO Box 78044, Phoenix, AZ 85062-8044 |
| 4695814 | | Cross Valley FCU, PO Box 597, Wilkes Barre PA 18703-0597 |
| 4695579 | + | Dime Bank, 820-822 Church Street, Honesdale PA 18431-1851 |
| 4695580 | | Fidelity Deposit & Discount Bank, Cardmember Service, PO Box 790408, St Louis, MO 63179-0408 |
| 4695581 | | First Commonwealth Federal Credit Union, PO Box 20450, Lehigh Valley, PA 18002-0450 |
| 4695582 | + | First National Community Bank, 102 E Drinker Street, Dunmore PA 18512-2491 |
| 4695586 | | Intrenal Revenue Service, PO Box 37008, Hartford CT 06176-7008 |
| 4695588 | | Kost Tire & Auto/Credit First NA, PO Box 81344, Cleveland, OH 44188-0344 |
| 4695589 | + | LA Finance, 251 E Grove Street, Clarks Summit, PA 18411-1739 |
| 4695590 | | Macy's, PO Box 193083, Columbus, OH 43218-3083 |
| 5376305 | + | Mario Hanyon, Brock and Scott, PLLC, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 4854350 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, LLC, PO BOX 619096, Dallas TX 75261 |
| 4695592 | | Princess Cruises/Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 4695595 | + | Stearns Lending, LLC, PO Box 8068, Virginia Beach, VA 23450-8068 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: WFNNB.COM | Feb 22 2021 23:48:00 | Comenity Capital Bank, C/O Weinstein & Riley P.S., 2001 Western Ave Ste 400, Seattle, WA 98121-3132 |
| cr | + | EDI: PRA.COM | Feb 22 2021 23:48:00 | PRA Receivables Management LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 4695566 | | EDI: RMSC.COM | Feb 22 2021 23:48:00 | Amazon/Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 4695568 | | EDI: RMSC.COM | Feb 22 2021 23:48:00 | American Eagle/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |

| Recipient ID | | EDI/Email | Date/Time | Name/Address |
|---|---|---|---|---|
| 4695570 | | EDI: BANKAMER.COM | Feb 22 2021 23:48:00 | Bank of America, PO Box 15019, Wilmington DE 19886-5019 |
| 4695811 | + | EDI: TSYS2.COM | Feb 22 2021 23:48:00 | Barclays Bank Delaware, 700 Prides xing, Newark DE 19713-6109 |
| 4695572 | | EDI: CITICORP.COM | Feb 22 2021 23:48:00 | Best Buy Credit Services, PO Box 688911, Des Moines, IA 50368-8911 |
| 4695571 | | EDI: CITICORP.COM | Feb 22 2021 23:48:00 | Best Buy, PO Box 183195, Columbus OH 43218-3195 |
| 4695573 | | EDI: CAPITALONE.COM | Feb 22 2021 23:48:00 | Cabela's Club VISA, PO Box 82519, Lincoln, NE 68501-2519 |
| 4695574 | + | EDI: CAPITALONE.COM | Feb 22 2021 23:48:00 | Capital One, PO Box 71083, Charlotte NC 28272-1083 |
| 5185615 | + | EDI: AIS.COM | Feb 22 2021 23:48:00 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118, Capital One Bank (USA) N.A Cabelas Club, By American Infosource as agent 73118-7901 |
| 5185614 | + | EDI: AIS.COM | Feb 22 2021 23:48:00 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 4718804 | | EDI: CAPITALONE.COM | Feb 22 2021 23:48:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4739628 | + | Email/Text: bncmail@w-legal.com | Feb 22 2021 19:09:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4695577 | | EDI: CITICORP.COM | Feb 22 2021 23:48:00 | Citi Cards, PO Box 9001037, Louisville, KY 40290-1037 |
| 4734348 | + | EDI: WFNNB.COM | Feb 22 2021 23:48:00 | Comenity Capital Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4695578 | | EDI: WFNNB.COM | Feb 22 2021 23:48:00 | Comenity-New York & Co, PO Box 659728, San Antonio, TX 78265-9728 |
| 4695808 | | EDI: WFNNB.COM | Feb 22 2021 23:48:00 | Commenity Bank Buckle, PO Box 182789, Columbus OH 43218-2789 |
| 4742481 | + | EDI: CRFRSTNA.COM | Feb 22 2021 23:48:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 4739700 | + | EDI: Q3G.COM | Feb 22 2021 23:48:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 4695583 | | EDI: RMSC.COM | Feb 22 2021 23:48:00 | HH Gregg/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 4695584 | + | EDI: CITICORP.COM | Feb 22 2021 23:48:00 | Home Depot Credit Services, PO Box 790328, St. Louis, MO 63179-0328 |
| 4695585 | | EDI: JPMORGANCHASE | Feb 22 2021 23:48:00 | IHG Rewards Club/Cardmember Services, PO Box 15153, Wilmington, DE 19886-5153 |
| 4695587 | | EDI: RMSC.COM | Feb 22 2021 23:48:00 | JC Penny/Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 4695575 | | EDI: JPMORGANCHASE | Feb 22 2021 23:48:00 | Cardmember Service/Amazon, PO Box 15153, Wilmington, DE 19886-5153 |
| 4695813 | | EDI: JPMORGANCHASE | Feb 22 2021 23:48:00 | Chase Card, PO Box 15298, Wilmington DE 19850 |
| 4733522 | + | EDI: MID8.COM | Feb 22 2021 23:48:00 | Midland Credit Management, Inc., as agent for MIDLAND FUNDING LLC, PO Box 2011, |

| | | | |
|---|---|---|---|
| | | | Warren, MI 48090-2011 |
| 4728254 | + EDI: NAVIENTFKASMSERV.COM | Feb 22 2021 23:48:00 | Navient, PO Box 9500, Wilkes Barre PA 18773-9500 |
| 4775896 | EDI: NAVIENTFKASMDOE.COM | Feb 22 2021 23:48:00 | Navient Solutions, Inc. Department of Education, Loan Services, P.O. Box 9635, Wilkes-Barre, PA 18773-9635 |
| 4736700 | EDI: PRA.COM | Feb 22 2021 23:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4751736 | EDI: PRA.COM | Feb 22 2021 23:48:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 4751737 | EDI: PRA.COM | Feb 22 2021 23:48:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 4716940 | + Email/Text: bankruptcynotices@psecu.com | Feb 22 2021 19:10:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 4695593 | + Email/Text: bankruptcynotices@psecu.com | Feb 22 2021 19:10:00 | PSECU, 1500 Elmerton Avenue, Harrisburg PA 17110-9214 |
| 4695591 | EDI: RMSC.COM | Feb 22 2021 23:48:00 | Paypal, PO Box 105658, Atlanta GA 30348-5658 |
| 4730971 | EDI: Q3G.COM | Feb 22 2021 23:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5155856 | + Email/Text: bncmail@w-legal.com | Feb 22 2021 19:09:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY P.S., 2001 WESTERN AVE. SUITE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY P.S. 98121-3132 |
| 5155855 | + Email/Text: bncmail@w-legal.com | Feb 22 2021 19:09:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY P.S., 2001 WESTERN AVE. SUITE 400, SEATTLE, WA 98121-3132 |
| 4695594 | EDI: RMSC.COM | Feb 22 2021 23:48:00 | Sam's Club/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 4695812 | + EDI: CITICORP.COM | Feb 22 2021 23:48:00 | Sunoco/CBNA, PO Box 6497, Sioux Falls SD 57117-6497 |
| 4695596 | + EDI: WTRRNBANK.COM | Feb 22 2021 23:48:00 | Target, PO Box 660170, Dallas TX 75266-0170 |
| 4695809 | EDI: USBANKARS.COM | Feb 22 2021 23:48:00 | Elan Financial Services, PO Box 108, St. Louis MO 63166-0108 |
| 4695597 | EDI: WFNNB.COM | Feb 22 2021 23:48:00 | Victorias Secret, PO Box 659728, San Antonio TX 78265-9728 |
| 5060240 | + EDI: WFFC.COM | Feb 22 2021 23:48:00 | WELLS FARGO BANK, N.A., DEFAULT DOCUMENT PROCESSING, N9286-01Y, 1000 BLUE GENTIAN ROAD, EAGAN, MN 55121-7700, WELLS FARGO BANK, N.A. 55121-7700 |
| 5060239 | EDI: WFFC.COM | Feb 22 2021 23:48:00 | WELLS FARGO BANK, N.A., DEFAULT DOCUMENT PROCESSING, N9286-01Y, 1000 BLUE GENTIAN ROAD, EAGAN, MN 55121-7700 |
| 4724942 | EDI: CAPITALONE.COM | Feb 22 2021 23:48:00 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
| 4695598 | EDI: RMSC.COM | Feb 22 2021 23:48:00 | Walmart/Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 4695807 | EDI: CAPITALONE.COM | Feb 22 2021 23:48:00 | World's Foremost Bank, 4800 NW 1st Street Suite 300, Lincoln NE 68521-4463 |
| 4738435 | EDI: ECAST.COM | Feb 22 2021 23:48:00 | eCAST Settlement Corporation, POB 29262, New York NY 10087-9262 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 5185645 | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118, Capital One Bank (USA) N.A Cabelas Club, By American Infosource as agent 73118-7901 |
| 5185644 | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 4854351 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage, LLC, PO BOX 619096, Dallas TX 75261, Nationstar Mortgage, LLC, PO BOX 619096, Dallas TX 75261 |
| 5155858 | *+ | SYNCHRONY BANK, C/O WEINSTEIN & RILEY P.S., 2001 WESTERN AVE. SUITE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY P.S. 98121-3132 |
| 5155857 | *+ | SYNCHRONY BANK, C/O WEINSTEIN & RILEY P.S., 2001 WESTERN AVE. SUITE 400, SEATTLE, WA 98121-3132 |
| 4718356 | ## | Seneca Mortgage Servicing, LLC, 611 Jamison Road, Elma, NY 14059-9392 |

TOTAL: 0 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Feb 24, 2021 | Signature: | /s/Joseph Speetjens |
| --- | --- | --- |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Thomas Langford | on behalf of Creditor PSECU PitEcf@weltman.com PitEcf@weltman.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| David M. Gregory | on behalf of Creditor The Dime Bank office@gregory.legal nick@gregory.legal |
| J. Zac Christman | on behalf of Debtor 2 Laura Leigh Burke zac@fisherchristman.com office@fisherchristman.com |
| J. Zac Christman | on behalf of Debtor 1 Michael Donald Burke zac@fisherchristman.com office@fisherchristman.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| James Peter Valecko | on behalf of Creditor PSECU jvalecko@weltman.com PitEcf@weltman.com |
| John Fisher | on behalf of Debtor 2 Laura Leigh Burke johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| John Fisher | |

| | |
|---|---|
| | on behalf of Debtor 1 Michael Donald Burke johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Mario J. Hanyon | |
| | on behalf of Creditor WELLS FARGO BANK N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Thomas Song | |
| | on behalf of Creditor WELLS FARGO BANK N.A. pamb@fedphe.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |
| William Edward Miller | |
| | on behalf of Creditor Seneca Mortgage Servicing LLC wmiller@friedmanvartolo.com wedwardmiller@gmail.com |
| William Edward Miller | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC wmiller@friedmanvartolo.com wedwardmiller@gmail.com |

TOTAL: 14

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Michael Donald Burke<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6774<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Laura Leigh Burke<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2235<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:15–bk–03945–RNO | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael Donald Burke
aka Michael D Burke

Laura Leigh Burke
aka Laura L Burke

2/22/21

**By the court:** Robert N. Opel II
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**