United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-03945-HWV |
| Michael Donald Burke | Chapter 13 |
| Laura Leigh Burke | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: May 14, 2021      Form ID: fnldec      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2021:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Michael Donald Burke, Laura Leigh Burke, 115 Petrilak Road, Greenfield Township, PA 18407-4006

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2021      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2021 at the address(es) listed below:

**Name**     **Email Address**

Brian Thomas Langford
    on behalf of Creditor PSECU PitEcf@weltman.com PitEcf@weltman.com

David M. Gregory
    on behalf of Creditor The Dime Bank office@gregory.legal nick@gregory.legal

J. Zac Christman
    on behalf of Debtor 1 Michael Donald Burke zac@fisherchristman.com office@fisherchristman.com

J. Zac Christman
    on behalf of Debtor 2 Laura Leigh Burke zac@fisherchristman.com office@fisherchristman.com

Jack N Zaharopoulos (Trustee)
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

James Peter Valecko
    on behalf of Creditor PSECU jvalecko@weltman.com  PitEcf@weltman.com

John Fisher
    on behalf of Debtor 2 Laura Leigh Burke johnvfisher@yahoo.com  fisherlawoffice@yahoo.com

John Fisher
    on behalf of Debtor 1 Michael Donald Burke johnvfisher@yahoo.com  fisherlawoffice@yahoo.com

Mario J. Hanyon
    on behalf of Creditor WELLS FARGO BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Thomas Song
    on behalf of Creditor WELLS FARGO BANK  N.A. tomysong0@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William Edward Miller
    on behalf of Creditor Seneca Mortgage Servicing LLC wmiller@friedmanvartolo.com  wedwardmiller@gmail.com

William Edward Miller
    on behalf of Creditor NATIONSTAR MORTGAGE LLC wmiller@friedmanvartolo.com  wedwardmiller@gmail.com

TOTAL: 14

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Michael Donald Burke,<br>aka Michael D Burke, | Chapter 13 |
| **Debtor 1** | Case No. 5:15−bk−03945−HWV |
| Laura Leigh Burke,<br>aka Laura L Burke, | |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−6774    xxx−xx−2235

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: May 14, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: PatriciaRatchford, Deputy Clerk

**fnldec** (10/20)